IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00109-PAB-MEH

JEFF FESTA,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC., a New Jersey corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed March 26, 2009; docket #8] is **granted**. The Protective Order in this matter is filed contemporaneously with this minute order.